No. 9279.  STATE ex rel. ALFRED B. GRATZ, RESPONDENT, v. HARRY SODERBERG, et al., and the MONTANA HIGHWAY PATROL BOARD of the STATE of MONTANA, APPELLANTS.

255 Pac. (2d) 359.

Decided April 2, 1953.

*Mr. Arnold H. Olsen,* Atty. Gen., *Mr. Hubert J. Massman,* Asst. Atty. Gen., and *Mr. Harry H. Jones,* Spec. Asst. Atty. Gen., Helena for appellants.

*Mr. George Niewoehner,* White Sulphur Springs, for respondent.

Per Curiam.

Respondent's motion to dismiss the appeal for the failure of the state to serve or file any record or transcript on appeal within the time allowed by court rule is granted, and the appeal is hereby dismissed.